## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| CAROLE A. KELDERMAN VAN POLEN, | * | CASE NO.   4:20-cv-373 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| HONDA MOTOR CO., LTD. and | * | |
| AMERICAN HONDA MOTOR CO., INC., | * | |
| | * | |
| Defendants. | * | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 and Local Rule 81, Defendant American Honda Motor Co., Inc. ("Honda") removes to this Court the above-styled action from the Iowa District Court for Mahaska County.

1.    This is a putative class action alleging breach of warranty as a result of Honda's recall of airbag inflators in certain Honda vehicles. Plaintiff alleges that the recall caused economic harm to her and other class members "in the form of diminution of value, loss of use, and expenses related to recall repairs." *See* Petition at Law ("Petition"), attached as Ex. A, ¶ 41.

2.    This Notice of Removal is timely because Honda filed it within thirty days after November 6, 2020, the date it was served with the summons and complaint. Defendant Honda Motor Co., Ltd. has not been served.

3.    Venue is proper in this Court because the Iowa District Court for Mahaska County, where this case was originally filed, is located within this District. *See* 28 U.S.C. § 1446(a).

4.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of

Removal will be filed with the Clerk of the Iowa District Court for Mahaska County, and Honda

is serving a copy of this Notice of Removal on all counsel of record. The only counsel to appear

in the state court proceedings so far is counsel for Plaintiff:

Harley C. Erbe
Erbe Law Firm
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 281-1474
E-Mail: harleyerbe@erbelaw.com

5.      In compliance with 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and

orders served upon" Honda prior to the filing of this Notice of Removal are attached as Exhibit

A. No motions are currently pending in the state court proceedings.

6.      This Court has jurisdiction over this action under the Class Action Fairness Act of

2005 ("CAFA"), 28 U.S.C. § 1332(d). CAFA provides that a class action may be removed to

federal court if (i) there is minimal diversity of citizenship; (ii) there are at least 100 members in

the putative class; and (iii) the amount in controversy exceeds $5 million. *Id.* This action satisfies

each requirement.

7.      This is a "class action" within the meaning of CAFA because it was brought

under a "State statute or similar rule of judicial procedure authorizing an action to be brought by

1 or more representative persons as a class action." 28 U.S.C. § 1332(d)(1)(B); *see also* Petition

¶ 2 ("This is a class action proceeding brought pursuant to Rule 1.261 *et seq.* of the Iowa Rules

of Civil Procedure."); *id.* ¶¶ 27-34.

8.    The diversity of citizenship requirement under CAFA is satisfied if "any member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A).

9.    For removal purposes, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

10.    Plaintiff, a citizen of Iowa, purports to bring a class action on behalf of "[a]ll current and former owners and lessees of a Defective Vehicle (as defined herein) in Iowa." Petition ¶ 27.

11.    Honda is a corporation organized under the laws of California and has its principal place of business in California.

12.    Diversity exists under § 1332(d)(2)(A) because at least one member of the putative nationwide class is a citizen of a state different than California.

13.    Plaintiff alleges that "there are at least hundreds of putative class members," Petition ¶ 29, and Honda's records indicate that the number of recalled vehicles potentially at issue in this case is 13,334. Thus, there are at least 100 class members.

14.    Removal is appropriate under CAFA if the amount in controversy exceeds $5 million. 28 U.S.C. § 1332(d)(2). For CAFA purposes, the amount in controversy is determined by aggregating the claims of individual class members. *Id.* § 1332(d)(6).

15.    The class size appears to be at least 13,334—the number of VINs for which Honda has current addresses on file that are listed as being registered in Iowa and are included in the relevant recall.

16.    Plaintiff alleges that her damages "exceed the minimum jurisdictional amount for this court." Compl. ¶ 26. The jurisdictional limit is $6,500; claims with lower amounts in controversy are directed to small claims court. *See* Iowa Code § 631.1. Multiplying the number of class members by the minimum jurisdictional limit yields a total amount in controversy well in excess of $5 million. Even damages of a few hundred dollars per class member would yield an amount in controversy in excess of $5 million—and that is without taking into account the fact that Plaintiff has defined the class to include former owners and lessees of the vehicles. While Honda denies that Plaintiff or other putative class members have a cognizable claim, and further denies that any damages that might be proven would be more than de minimis (especially in light of the fact that Honda is providing a free repair), the amount in controversy requirement of CAFA has been satisfied.

## CONCLUSION

WHEREFORE, Defendant American Honda Motor Co., Inc. requests that this Notice of Removal be accepted as sufficient, that the Petition be removed from state court to this Court, and that this Court proceed with this action as if it had originally been commenced in this Court.

Respectfully submitted,

American Honda Motor Co., Inc.

By Its Attorneys,

Dated: December 7, 2020            */s/ Angel A. West*

Angel A. West
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
(515) 283-3127
aaw@nyemaster.com

Eric S. Mattson (*pro hac vice* forthcoming*)*
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
emattson@sidley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2020, I presented the foregoing to the Clerk of Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

> Harley C. Erbe
> Erbe Law Firm
> 2501 Grand Avenue, First Floor
> Des Moines, Iowa 50312
> harleyerbe@erbelaw.com

*/s/ Angel A. West*